IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY RAY KEEL,

      Plaintiff,                     No. 2:10-cv-2796 DAD (PC)

    vs.

D. BAKER, et al.,

      Defendants.

_____/      ORDER

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion to amend the complaint to allege that each defendant is sued in his or her individual and official capacity.

        Plaintiff seeks only money damages in this action. State officials sued for damages in their official capacities are not "persons" within the meaning of § 1983. Doe v. Lawrence Livermore Nat'l Lab., 131 F.3d 836, 839 (9th Cir.1997). Rather, suits against them are no different than suits against the state itself, and the Eleventh Amendment bars such suits. Id. Accordingly, plaintiff's request to amend to allege that each defendant is sued in his or her official capacity will be denied. Moreover, the allegations raised in the complaint "indicate the nature of the liability sought to be imposed" and a specific allegation that each defendant is sued in his or her individual capacity is not required. See Larez v. City of Los Angeles, 946 F.2d 630,

1

1  640 (9th Cir. 1991) (quoting Kentucky v. Graham, 473 U.S. 159, 167 n. 14 (1985) (in turn quoting Brandon v. Holt, 469 U.S. 464, 469 (1985)).

For the foregoing reasons, IT IS HEREBY ORDERED that plaintiff's November 1, 2010 motion for leave to amend is denied.

DATED: November 10, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
keel2796.o