IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY RAY KEEL,

      Plaintiff,                     No. 2:10-cv-2796 JAM DAD (PC)

     vs.

D. BAKER, et al.,

      Defendants.              <u>ORDER</u>

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 28, 2011, plaintiff filed a document entitled "Motion to Exclude Depositions by Oral Examination (FRCP Rule 30) and Conduct Interrogatories (FRCP 33)." By this motion, plaintiff seeks leave of court to serve interrogatories on defendants in lieu of depositions. On May 9, 2011, defendants filed an opposition to the motion. Defendants contend the motion should be denied as moot because plaintiff is not required to depose defendants and does not require court permission to serve interrogatories on a party to this action.

         Plaintiff is informed that court permission was not required to serve discovery requests during the period set for discovery in this action. However, pursuant to the scheduling order filed in this action on February 11, 2011, discovery requests were to be served not later than sixty days prior to May 27, 2011. The instant motion was filed one month after the deadline

1  for service of discovery requests expired and does not include a request to the discovery deadline
2  in this action. For these reasons, plaintiff's motion will be denied.
3        In accordance with the above, IT IS HEREBY ORDERED that plaintiff's April
4  28, 2011 motion is denied.
5  DATED: August 5, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
keel2796.o2

2