IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY RAY KEEL,

      Plaintiff,                    No. 2:10-cv-2796 JAM DAD (PC)

   vs.

D. BAKER, et al.,

      Defendants.          ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 13, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 13, 2012, are adopted in full;

2. Defendants' June 16, 2011 motion for summary judgment (Doc. No. 29) is denied; and

3. This matter is referred back to the magistrate judge for further proceedings.

DATED:   March 20, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE