UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RICKY RAY KEEL,

        Plaintiff,        No. 2:10-cv-2796 JAM DAD P

  vs.

D. BAKER, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Ricky Ray Keel, inmate # C-34945, a necessary and material witness in proceedings in this case on August 2, 2012, is confined in High Desert State Prison, P.O. Box 750, Susanville, CA 96127-0750, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by video-conferencing at High Desert State Prison, August 2, 2012, at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, High Desert State Prison, P.O. Box 750, Susanville, CA 96127-0750:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 12, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
keel2796.841vc